UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/31/2023

FATOUMATA DIAKITE,

                    Petitioner,

-against-

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS),

                    Respondent.

23-CV-0725 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Respondent U.S. Citizenship And Immigration Services. Petitioner is directed to serve the summons and petition on Respondent within 90 days of the issuance of the summons. If within those 90 days, Petitioner has not either served Respondent or requested an extension of time to do so, the Court may dismiss the claims against Respondent under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: January 31, 2023
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**