USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DIAKITE,**

                      **Petitioner,**

        -against-

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),**

                      **Respondent.**

**23-cv-00725 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On January 24, 2023, Petitioner Fatoumata Diakite filed a Petition for writ of mandamus commencing this action against Respondent USCIS. ECF No. 1. Respondent's counsel filed a notice of appearance on May 9, 2023. ECF No. 9.

    The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **June 2, 2023**.

**SO ORDERED.**

Dated:    May 25, 2023
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**