UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/7/2023
```

| | |
|---|---|
| DIAKITE,<br><br>                                  Petitioner,<br><br>              -against-<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>                                Respondent. | 23-cv-00725 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On January 24, 2023, Petitioner Fatoumata Diakite filed a Petition for writ of mandamus commencing this action against Respondent USCIS. ECF No. 1. Respondent's counsel filed a notice of appearance on May 9, 2023. ECF No. 9. On May 25, 2023, this Court ordered the parties to submit a joint status report by June 2, 2023. ECF No. 10. The parties missed the deadline.

On June 6, Petitioner filed a notice of voluntary dismissal. ECF No. 11. Petitioner's notice included a "request to correct error." *Id*. Respondent is herby **ORDERED** to respond to the Petitioner's submission on or by **June 12, 2023.**

SO ORDERED.

Dated:    June 7, 2023
                New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**