**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DIAKITE,

                        Petitioner,

        -against-                                    23 **CIVIL** 725 (ALC)

                                                                **<u>JUDGMENT</u>**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                        Respondent.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 11, 2024, Respondent's motion to dismiss is GRANTED. The Petition is DISMISSED with prejudice. Judgment is entered for Respondent; accordingly, the case is closed.

**Dated:**  New York, New York

         March 12, 2024

                                                                        **RUBY J. KRAJICK**
                                                                    _____
                                                                        **Clerk of Court**

                                 **BY:**     _K. Mango_

                                                                    _____
                                                                        **Deputy Clerk**